**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00403-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     RONALD MARTIN,

     Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

     Pursuant to the Notice of Disposition filed on October 15, 2013 (ECF No. 9). A Change

of Plea Hearing is set for November 14, 2013 at 9:00 a.m. Counsel for the parties shall email a

courtesy copy of all change of plea documents separately to my chambers:

([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours

before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance. *See* D.C.COLO.LCrR 11.1F.

     The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the

commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **November 25, 2013**,

and the **two-day** jury trial scheduled to commence on **December 2, 2013** are VACATED.

Dated this 25th day of October, 2013.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge